United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 15-10418-SK
Jack R Marsh                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2            User: admin            Page 1 of 2            Date Rcvd: Jan 19, 2016
                                Form ID: 318           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2016.
```
db         +Jack R Marsh,    2010 Caddington Drive,    Rancho Palos Verdes, CA 90275-2013
aty        +Matthew C Brown,    Law Office of Matthew C Brown,    790 E Green St,    Pasadena, CA 91101-2118
aty        +Sheridan & Rund, PC,    840 Apollo Street,    Suite 351,    El Segundo, CA 90245-4762
smg         Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
35946161   +ALLIANCE 0NE,    Original Creditor: CAPITAL ONE BANK,    P.O. Box 3111,
             Southeastern, PA 19398-3111
35956385   +BAY ALARM,    P.O. Box 8140,    Walnut Creek, CA 94596-8140
36414109   +BAY ALARM COMPANY,    60 BERRY DR,    PACHECO CA 94553-5601
36269303   +Baker, Olson, Lecroy & Danielian,    100 W Broadway #600,    Glendale CA 91210-1211
35946164   +CREDIT BUREAU ASSOCIATES,    Original Creditor: GDCOAST AMB SERV,    460 Union Avenue,
             Fairfield, CA 94533-6334
36273604   +Fernando Rivera,    c/o Law Office J. Thompson,    25149 Ebony Lane,    Lomita CA 90717-1971
36414622   +Judy Califano Trustee of the Marsh Family Trust,    Law Office of Matthew C Brow,
             790 E Green St,    Pasadena CA 91101-2118
35946165    LAW OFFICE OF ERIC OLSON,    180 W. Broadway, Suite 600,    Glendale, CA 91210
35946167   +LAW OFFICE OF MATTHEW C. BROWN,    LASC Case No: 8P129720,    180 South Lake Avenue, Suite 235,
             Pasadenw CA 91101-2663
35946166   +LAW OFFICES OF JAMES P. THOMPSON,    LASC Case No: 14F07023,    25149 Ebony Lane,
             Lomita, CA 90717-1971
35946169    MEDCOAST AMBULANCESERV,    14325 lseli Road,    Santa Fe Spring, CA 90670
36146382   +Midland Credit Management,Inc,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
             Warren, MI 48090-2011
35946171   +NATIONAL CITY BANK,    GREENTREE SERVICING LLC,    7360 S. Kyrene Road,    Tempe, AZ 85283-8432
35946172   +VAN LINGEN TOWING. INC,    2755 Lomita Boulevard,    Torrance, CA 90505-5224
35946173   +YOCIS & COX,    340 Golden Shore, Suite 230,    Long Beach. CA 90802-4229
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QJMRUND.COM Jan 20 2016 02:28:00      Jason M Rund (TR),    Sheridan & Rund,
             840 Apollo Street, Suite 351,    El Segundo, CA 90245-4762
smg         EDI: EDD.COM Jan 20 2016 02:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA  94280-0001
smg         EDI: CALTAX.COM Jan 20 2016 02:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA  95812-2952
35946162   +EDI: BANKAMER.COM Jan 20 2016 02:28:00      BANK OF AMERICA,    1800 Tapo Canyon,
             Simi Valley, CA 93063-6712
35946163   +EDI: CHASE.COM Jan 20 2016 02:28:00      CHASE BANK USA,    P.O. Box 15298,
             Wilmington, DE 19850-5298
35946168   +E-mail/Text: bankruptcy@lienenforcementinc.com Jan 20 2016 02:33:50      LIEN ENFORCEMENT, INC.,
             Original Creditor: VAN LINGEN TOWING, IN,    P.O. Box 3000E,    San Jose, CA 95156-0005
35946170   +EDI: MID8.COM Jan 20 2016 02:28:00      MIDLAND FUNDING, LLC,
             Original Creditor: CHASE BANK USA,    Attn: Chief Compliance Ofticer,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Judy Ann Califano, et al
                                                                                             TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2016 at the address(es) listed below:
```
          Angie S Lee    on behalf of Trustee Jason M Rund (TR) angie@srlawyers.com
          Angie S Lee    on behalf of Plaintiff Jason M. Rund, Chapter 7 Trustee angie@srlawyers.com
          Donny A Ekine    on behalf of Defendant Matthew  Marsh inyelaw@dslextreme.com
          Donny A Ekine    on behalf of Debtor Jack R Marsh inyelaw@dslextreme.com
```

```
District/off: 0973-2          User: admin              Page 2 of 2                    Date Rcvd: Jan 19, 2016
                              Form ID: 318             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jason M Rund (TR)    trustee@srlawyers.com,    jrund@ecf.epiqsystems.com
        Shahin S Kahroba     on behalf of Plaintiff Jason M. Rund, Chapter 7 Trustee shawn@srlawyers.com
        Shahin S Kahroba     on behalf of Trustee Jason M Rund (TR) shawn@srlawyers.com
        Sharon Z. Weiss    on behalf of Mediator Sharon Z Weiss sharon.weiss@bryancave.com,
         raul.morales@bryancave.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                     TOTAL: 9

Case 2:15-bk-10418-SK    Doc 73    Filed 01/21/16    Entered 01/21/16 22:19:54    Desc
Imaged Certificate of Notice    Page 2 of 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jack R Marsh** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–2689** <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **2:15–bk–10418–SK** | | |

# Order of Discharge – Chapter 7                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jack R Marsh

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/19/16


**Dated:** 1/19/16                                                **By the court:**   Sandra R. Klein
                                                                                      United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**72/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc             **Order of Chapter 7 Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                page 2